IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOELLYN CAWLEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| THE ADVOCACY ALLIANCE (TAA), | : | NO. 11-6745 |
| ALEX JOSEPH HAZZOURI, | : | |
| DEBBIE ZIELINSKI, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this *6th* day of *March*, 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint and Supporting Brief (Docket Nos. 8 & 9), and Plaintiff's Response in Opposition (Docket No. 10), it is hereby **ORDERED** that:

1. This matter is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a);[1]

2. The Clerk of the Court is directed to **TRANSFER** the entire file of this case to the Clerk of the United States District Court for the Middle District of Pennsylvania;

3. Plaintiff's request for a 30-day stay of this action for the purpose of obtaining local counsel is **GRANTED**; and

4. Defendants' Motion to Dismiss will remain outstanding, pending resolution by the United States District Court for the Middle District of Pennsylvania.

---

[1] "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]" 28 U.S.C. § 1404(a).

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.